1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   NICOLAS ROBERT VARGAS,                   Case No.  1:22-cv-00555-HBK

12              Plaintiff,                     ORDER GRANTING MOTION TO
                                              PROCEED *IN FORMA PAUPERIS* AND
13        v.                                  DIRECTING CLERK TO ISSUE
                                              SCHEDULING ORDER
14   COMMISSIONER OF SOCIAL
     SECURITY,
15                                            (Doc. No.  2)
              Defendant.
16

17        Pending before the Court is Plaintiff's motion to proceed *in forma pauperis* under 28

18   U.S.C. § 1915 in this Social Security appeal.  (Doc. No. 2).  Plaintiff's declarations in the motion

19   satisfies the requirements under § 1915.

20        Accordingly, it is **ORDERED**:

21        1.  Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is GRANTED.

22        2.  The Clerk is directed to issue the Scheduling Order and summons.  Service shall

23   proceed under the Court's E-Service program set forth in the Scheduling Order.

24   Dated:    May 11, 2022

25                                            HELENA M. BARCH-KUCHTA
                                              UNITED STATES MAGISTRATE JUDGE
26

27

28